

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2020

No. 04-20-00447-CV

**ALPHA SECURITIES, LLC,**
Appellant

v.

**CITY OF FREDERICKSBURG,**
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 15377
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

On October 19, 2020, the reporter's record was filed. On November 23, 2020, the clerk's record was filed. Accordingly, appellant's brief was due on or before December 23, 2020. To date, neither appellant's brief nor a motion for extension of time to file appellant's brief has been filed.

We, therefore, **ORDER** appellant to file, on or before **January 15, 2021**, its appellant's brief and a written response reasonably explaining (1) its failure to timely file the brief, and (2) why appellee is not significantly injured by appellant's failure to timely file its brief. If appellant fails to file its brief and the written explanation by the date ordered, **this appeal will be dismissed for want of prosecution**. *See* TEX. R. APP. P. 38.8(a) (authorizing appellate courts to dismiss an appeal for want of prosecution when an appellant fails to timely file a brief); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if an appellant fails to comply with a court order).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2020.



MICHAEL A. CRUZ, Clerk of Court